UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK J. SWANSON,<br><br>          Petitioner,<br>   vs.<br><br>MELISSA LEA,<br><br>          Respondent. | Case No. CV 10-5936 VBF (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

     Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

     IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATE: October 26, 2011

                                       HON. VALERIE B. FAIRBANK
                                       UNITED STATES DISTRICT JUDGE