UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERIK J. SWANSON, | ) | Case No. CV 10-5936 VBF (MRW) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| MELISSA LEA, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATE: October 26, 2011

_____
HON. VALERIE B. FAIRBANK
UNITED STATES DISTRICT JUDGE